UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

George A. Sechrist III and
Jill M. Sechrist,

Debtors.
_____/

Case No. 25-01910-swd
Chapter 13

Hon. Scott W. Dales

### ORDER TO EXTEND THE DEADLINE TO OBJECT TO DISCHARGEABILITY

**THIS MATTER** came before the Court upon the stipulation between Indy Pavillion, LLC ("Creditor"), and Debtors, George A. Sechrist and Jill M. Sechrist ("Debtors") [ECF No. 19], the Court read the same and is otherwise fully advised in the premises;

**NOW THEREFORE, IT IS HEREBY ORDERED** that Creditor's deadline to object to dischargeability of certain debts under section 523, Title 11 of the United States Code is hereby extended from October 13, 2025 to December 12, 2025.

**IT IS SO ORDERED.**

**Dated October 9, 2025**



Scott W. Dales
United States Bankruptcy Judge